1  RANDY E. THOMAS - #078411
   BARBARA J. THOMAS - #283318
2  JEANNINE I. MALDONADO - #285619
   LAW OFFICE OF RANDY E. THOMAS
3  18826 N. Lower Sacramento Road, Suite G
   Post Office Box 717
4  Woodbridge, CA 95258-0717
   Telephone: (209) 369-9255
5  Facsimile: (209) 369-9288

6  Attorneys for Defendant
   Jeffrey Sherman Beasley
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY SHERMAN BEASLEY. | Docket No.: 2:09CR00351-01<br><br>**STIPULATION TO CONTINUE JUDGMENT/SENTENCING; ORDER THEREON**<br><br>Date: MAY 21, 2013<br>Time: 9:15 A.M.<br>Dept. 4<br>**Honorable Lawrence K. Karlton** |

THE PARTIES HERETO, by and through their counsel of record, HEREBY STIPULATE AND AGREE to continue the hearing currently set for Tuesday, May 21, 2013, 9:15 a.m., Dept. 4 to Tuesday, August 20, 2013, 9:15 a.m., Dept. 4.

Date: May 15, 2013                    LAW OFFICE OF RANDY E. THOMAS


                                      /s/ counsel for Jeffrey Sherman Beasly
                                      RANDY E. THOMAS, Attorney for Defendant

___
Stipulation to Continue
Docket No.: 2:09CR00351-01            1

APPROVED AS TO FORM AND STIPULATED.


Date: May 16, 2013                    /s/ Matthew D. Segal
                                      MATTHEW D. SEGAL
                                      Assistant United States Attorney



Date: May 16, 2013                    /s/ Scott Storey
                                      SCOTT STOREY
                                      Senior United States Probation Officer



IT IS TO ORDERED.


Date: May 20, 2013

                                      /s/ Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I am over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of THE LAW OFFICE OF RANDY E. THOMAS and my business address is 18826 North Lower Sacramento Road, Suite G, Woodbridge, California 95258. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office.

On May __, 2013, I caused to be served the following document:

**STIPULATION TO CONTINUE JUDGMENT/SENTENCING AND ORDER THEREON**

**MANNER OF SERVICE**

[XX ]   **U.S. MAIL**:   By causing a true copy thereof to be served on the parties in this enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at Woodbridge, California, addressed as set forth below.

[ ]   **PERSONAL DELIVERY**: On the parties in this action by causing a copy thereof to be personally delivered by hand to the addressee(s) listed below.

[ ]   **OTHER**: On the parties in this action by causing a true copy thereof to be delivered by and/or through the services of:

☐ Federal Express  ☐ Express Mail

**PARTIES SERVED AND ADDRESSES**

Anna Tryon Pletcher
US DOJ/Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102

Tai Snow Milder
U.S. DOJ - Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102

Richard B. Cohen
DOJ/Antitrust Division
450 Golden Gate Avenue, Room 10-0101
P.O. Box 36046
San Francisco, CA 94102

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct and that this declaration was executed on May ___, 2013, at Woodbridge, California.

_____
DEBRA CLARK-NEJAK