| | |
|---|---|
| **RANDY E. THOMAS - SBN.: 078411**<br>**BARBARA J. THOMAS- SBN.: 283318**<br>**JEANNINE I. MALDONADO- SBN.: 285619**<br>**LAW OFFICES OF RANDY E. THOMAS**<br>**18826 N. Lower Sacramento Road, Suite G**<br>**Post Office Box 717**<br>**Woodbridge, California 95258-0717**<br>**Telephone: (209) 369-9255**<br>**Facsimile: (209) 369-9288** | |

**Attorneys for Defendant**
**Jeffrey Sherman Beasley**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JEFFREY SHERMAN BEASLEY | Docket No.: 2:09CR00351-01<br><br>**STIPULATION TO CONTINUE JUDGEMENT/SENTENCING; ORDER THEREON**<br><br>Date: August 20, 2013<br>Time: 9:15 A.M.<br>Dept: 4<br>Honorable Lawrence K. Karlton |

THE PARTIES HERETO, by and through their counsel of record, HEREBY STIPULATE AND AGREE to continue the hearing currently set for Tuesday, August 20, 2013, 9:15 a.m., Dept 4 to Tuesday, February 11, 2014, 9:15 a.m., in Dept 4.

Date: August 14, 2013            LAW OFFICE OF RANDY E. THOMAS


                                 **/s/ counsel for Jeffrey Sherman Beasley**
                                 **RANDY E. THOMAS, Attorney for Defendant**

---
Stipulation to Continue
Docket No.: 2:09CR00351-01                    1

**APPROVED AS TO FORM AND STIPULATED.**

**Date: August 14, 2013**                     /s/ Matthew D. Segal
                                              **MATTHEW D. SEGAL**
                                              **Assistant United States Attorney**


**Date: August 14, 2013**                     /s/ Scott Storey
                                              **SCOTT STOREY**
                                              **Senior United States Probation Officer**


**IT IS SO ORDERED.**

**Date:   August 14, 2013**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT